NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HERBERT S. POWELL,<br><br>Defendant. | Criminal Action No.: 03-187 (JLL)<br><br>**ORDER** |

This matter having come before the Court by way of an application for writ of error coram nobis filed by Defendant Herbert S. Powell on June 14, 2011; and the Court finding that:

1. Defendant Powell filed an identical application for writ of error coram nobis on April 13, 2011, which this Court denied by way of its Order dated April 25, 2011 (CM/ECF No. 139);

2. Defendant Powell now indicates that he never received a copy of the Court's April 25 Order;

3. Defendant Powell appears to have changed his address, but has failed to alert the Clerk of such change;

4. Based on his recent submissions, Defendant Powell's new address appears to be:

    Herbert S. Powell
    Reg. No.: J201 004 731
    Essex County Dept. of Correction
    354 Doremus Avenue
    Newark, NJ 07105

5. This Court's April 25 Order denied Defendant's Powell's previous application for writ of error coram nobis because he was currently incarcerated. (See CM/ECF No. 139.) Defendant Powell's submissions in connection with the instant application for coram nobis relief continue to indicate that he is currently incarcerated. (See CM/ECF No. 142.)

Accordingly IT IS on this 20 day of June, 2011,

**ORDERED** that Defendant Powell's application for writ of error <u>coram</u> <u>nobis</u> (CM/ECF No. 142) is DENIED as moot; and it is further

**ORDERED** that the Clerk shall update Defendant Powell's mailing address to the address set forth above; and it is further

**ORDERED** the Clerk shall send by certified mail a copy of this Court's April 25, 2011 Order (CM/ECF No. 139) and a copy of this Order to Defendant Powell at the address set forth above.

**IT IS SO ORDERED.**

_____
JOSE L. LINARES
UNITED STATES DISTRICT JUDGE